IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SHAN and DANA TOMPKINS,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>RAVALLI COUNTY, in its official capacity; BOARD OF COMMISSIONERS OF RAVALLI COUNTY, in its official capacity; BILL FULBRIGHT, in his official capacity as County Attorney; and JOHN C. HORAT in his official capacity as Road and Bridge Administrator for Ravalli County,<br><br>　　　　　　Defendants. | CV 22-74-M-KLD<br><br><br>ORDER |

Plaintiffs have filed an unopposed motion to vacate the scheduling order (Doc. 35), which requires the parties to file simultaneous cross-motions for summary judgment on January 26, 2023. The basis for the motion is that the Plaintiff has advised the Court that the parties have reached a preliminary settlement, but have not yet finalized that settlement.

1

Accordingly, and good cause appearing,

IT IS ORDERED that the motion is GRANTED, and within 30 days, the parties shall either file a motion or stipulation for dismissal or a further status update with the Court.

Dated this 26th day of January, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge