IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SHAN and DANA TOMPKINS,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>RAVALLI COUNTY, in its official capacity; BOARD OF COMMISSIONERS OF RAVALLI COUNTY, in its official capacity; BILL FULBRIGHT, in his official capacity as County Attorney; and JOHN C. HORAT in his official capacity as Road and Bridge Administrator for Ravalli County,<br><br>　　　　　Defendants. | CV 22-74-M-KLD<br><br><br>ORDER |

　　　The Plaintiffs have filed an unopposed motion to dismiss this case with prejudice, as fully settled on the merits, under Rule 41(a)(2), Fed. R. Civ. P. Accordingly,

　　　IT IS ORDERED that the motion is GRANTED and this case is dismissed with prejudice. Each party shall bear its own fees and costs.

　　　DATED this 3rd day of April, 2023.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Kathleen L. DeSoto
　　　　　　　　　　　　　　　　　United States Magistrate Judge